

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Kephren Thomas,

No. 11-16-00193-CR

* Original Proceeding

* July 21, 2016

* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the proceeding should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the proceeding is dismissed.